LAWRENCE REED v. LAVENDER BROTHERS ET AL.

(Filed 28 February, 1934.)

**Master and Servant F i—**

    An award of the Industrial Commission is conclusive and binding as to all questions of fact when supported by sufficient, competent evidence, N. C. Code, 8081(ppp), and neither the Supreme Court nor the Superior Court can consider the evidence for the purpose of determining the facts on appeal.

APPEAL by defendants from *Sinclair, J.,* at September Term, 1933, of ROBESON.

Proceeding under Workmen's Compensation Act to determine liability of defendants to dependents or next of kin of Lawrence Reed, deceased employee.

McMILLAN *v.* FLYING SERVICE.

From an award by the hearing commissioner, which was adopted and approved by the full Commission, and affirmed on appeal to the Superior Court, the defendants again appeal.

*Johnson & Floyd for plaintiff.*
*Ralph V. Kidd for defendants.*

PER CURIAM. The award was properly entered upon the facts found by the hearing commissioner, later adopted and approved by the full Commission, as they are amply supported by the evidence.

It is well settled that the award of the Industrial Commission is "conclusive and binding as to all questions of fact," if supported by sufficient competent evidence. N. C. Code, sec. 8081(ppp); *Clark v. Woolen Mills,* 204 N. C., 529, 168 S. E., 816; *Massey v. Board of Education,* 204 N. C., 193, 167 S. E., 695; *Kenan v. Motor Co.,* 203 N. C., 108, 164 S. E., 729. Indeed, neither this Court nor the Superior Court, on appeal from an award of the Industrial Commission, can consider the evidence and determine therefrom what the facts are. This is a matter exclusively for the Industrial Commission. *Ussery v. Cotton Mills,* 201 N. C., 688, 161 S. E., 307.

Affirmed.